**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **TONY B. RICHARDSON** | ) |
|  | ) |
| Plaintiff, | )  Civil Action No.: 07-0284(RBW) |
|  | ) |
| v. | ) |
|  | ) |
| **LURITA A. DOAN, ADMINISTRATOR** | ) |
| **U.S. GENERAL SERVICES** | ) |
| **ADMINISTRATION** | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendants in the above-captioned case.

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　ALEXANDER D. SHOAIBI
　　　　　　　　　　　　　　D.C. BAR 423587
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　555 4th St., N.W., Room E4218
　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　202-514-7236