UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY B. RICHARDSON,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**LURITA A. DOAN,** )<br>    Administrator, )<br>    U.S. General Services Administration, )<br>)<br>    **Defendant.** )<br>_____) | Civil Action No.: 07-284 (RBW/DAR) |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties, by counsel, hereby move that the September 14, 2007 status conference in this case be rescheduled so that the parties can continue to pursue possible out of court resolution of this matter through mediation. The parties participated in a mediation session this morning before Magistrate Judge Robinson, and have another mediation session scheduled for September 26, 2007. Counsel for the parties are available for a rescheduled status conference at 10:00 a.m. on the following dates: October 4 , 5, 10, and 11, 2007.

Granting this motion would be in the interests of justice, and would enhance the potential for an out of court resolution of this case

Respectfully submitted,

_____//_____      _____//_____
DAVID A. BRANCH, D.C. BAR #438764   JEFFREY TAYLOR, D.C. Bar #498610
1825 Connecticut Avenue, NW         United States Attorney
Suite 690                           _____//_____
Washington, DC 20009                RUDOLPH CONTRERAS, D.C. Bar #434122
(202)785-2805                       Chief, Civil Division

Counsel for Plaintiff

_____//_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
Civil Division
555 4th Street, NW
Room 4218E
Washington, DC 20530
(202) 514-7236

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY B. RICHARDSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 07-284 (RBW/DAR) |
| ) | |
| **LURITA A. DOAN,** ) | |
|     Administrator, ) | |
|     U.S. General Services Administration, ) | |
| ) | |
|     **Defendant.** ) | |
|     ) | |

## ORDER

**UPON CONSIDERATION** of the parties' joint motion to reschedule status conference, it is hereby **ORDERED** that the motion is **GRANTED**. The September 14, 2007 status conference date is hereby vacated, and the status conference is rescheduled to _____ at _____.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.