UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TONY RICHARDSON,                        )
                                        )
              Plaintiff,                )
                                        )
       v.                               )      Civil Action No. 07cv284  (RBW)
                                        )
LURITA A. DOAN,                         )
                                        )
              Defendant.                )
_____)

## SCHEDULING ORDER

The parties appeared before the Court on October 23, 2007, for an initial scheduling

conference.  Based upon the discussions at this hearing, it is on this 24th day of October, 2007,

hereby **ORDERED** that

1.     This case will be placed on the standard track.

2.     The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by January 18,
       2008, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by
       February 15, 2008.

3.     Discovery shall be concluded by March 21, 2008.

4.     Any dispositive motions shall be filed by April 25, 2008, any oppositions shall be
       filed by May 23, 2008, and any reply thereto shall be filed by June 9, 2008.

5.     A pretrial conference shall be held on October 17,  2008 at 9:30 a.m. in the
       Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States
       Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

   **SO ORDERED.**

                                        /s/_____
                                         REGGIE B. WALTON
                                         United States District Judge