UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TONY B. RICHARDSON, | ) | |
| 8206 Steve Drive | ) | |
| Forestville, MD 20747 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-284 |
| | ) | (RBW) |
| v. | ) | |
| | ) | |
| LURITA A. DOAN, ADMINISTRATOR | ) | |
| U.S. GENERAL SERVICES ADMINISTRATION | ) | |
| 1800 F Street, NW | ) | Jury Trial Demand |
| Washington, D.C. 20405. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT

Comes now Plaintiff Tony Richardson, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to Designate Expert pursuant to Rule 26, and in support thereof states as follows.

The Court entered a Scheduling Order requiring Plaintiff to designate his expert on or before January 18, 2008. Plaintiff requests an extension through February 4, 2008 to designate his expert. Plaintiff is disabled and must rely on his mother to assist him in all matters, and Plaintiff's counsel and Plaintiff's mother are reviewing potential medical experts and other experts for purposes presenting this matter to the court, and need additional time to select and retain the expert(s). Counsel will be on travel the week of January 26, 2008 and requests an extension through February 4, 2008 to designate an expert.

Defendant consents to this request for an extension.

Wherefore Plaintiff requests an extension through February 4, 2008 to designate his experts.

Respectfully submitted,

/s/ David A. Branch

David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 18th day of January 2008 that a copy of the foregoing Consent Motion for Extension of Time to Designate Expert was sent via electronic mail to counsel for the Defendant at the address listed below:

Alexander Shoabi
Assistant U.S. Attorney
District of Columbia
555 5th Street, NW
Washington, DC 20001

/s/
_____

David A. Branch

Respectfully submitted,

David A. Branch #438764
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **TONY B. RICHARDSON,** ) | | |
| **8206 Steve Drive** ) | | |
| **Forestville, MD 20747** ) | | |
| ) | | |
| **Plaintiff,** ) | **Case No. 07-284** | |
| ) | **(RBW)** | |
| **v.** ) | | |
| ) | | |
| **LURITA A. DOAN, ADMINISTRATOR** ) | | |
| **U.S. GENERAL SERVICES ADMINISTRATION** ) | | |
| **1800 F Street, NW** ) | **Jury Trial Demand** | |
| **Washington, D.C. 20405.** ) | | |
| ) | | |
| **Defendant.** ) | | |
| ) | | |

## O R D E R

Upon Consideration of Plaintiff's Consent Motion for Extension of Time to Designate Expert, it is

ORDERED that the motion be and hereby is granted. Plaintiff shall file designate his expert on or before February 4, 2008.

_____
U.S. District Court Judge